## EQUICREDIT CORPORATION OF CONNECTICUT *v.* DAVID S. KASPER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 122 Conn. App. 94 (AC 31342), is denied.

*Katherine E. Abel*, in support of the petition.

*Nancy E. Fraser*, in opposition.

Decided September 15, 2010

## LEE ADAMO *v.* EMILIO ADAMO

The defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 38 (AC 29645), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*James H. Lee*, in support of the petition.

*George J. Markley*, in opposition.

Decided September 15, 2010